UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| BURLEY ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 05-54-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MINNESOTA MINING AND | ) | **MEMORANDUM OPINION** |
| MANUFACTURING CO., et al., | ) | **AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

*** *** *** ***

This matter is pending for consideration of Minnesota Mining and Manufacturing Company's ("Minnesota Mining") motion to clarify [Record No. 10] this Court's March 1, 2005 Order [Record No. 5]. In that Order, the Court severed all of the Plaintiffs' claims and dismissed all but the lead plaintiff, granting the dismissed plaintiffs 30 days to file separate Complaints. Minnesota Mining contends that this Order must be construed to require the re-filing of these Complaints in this Court, arguing that the Order implicitly instructed that jurisdiction was retained. The Plaintiffs, however, maintain that the Order allowed them to file suit individually, in either state or federal court.

The March 1, 2005 Order did not mandate the jurisdiction in which the Plaintiffs' were permitted to file suit. In fact, as the Plaintiffs note, this Court would not have subject matter jurisdiction over those Plaintiffs who plead a cause of action against a Kentucky defendant (due to the lack of diversity jurisdiction). Thus, it appears that the Plaintiffs have re-filed individual lawsuits in state court, asserting claims against specific defendants. The proper course is for the

-1-

Defendants to remove the claims of those Plaintiffs who do not file claims against a Kentucky defendant or for those Plaintiffs it believes have fraudulently joined a Kentucky defendant to defeat federal jurisdiction. In fact, it appears that this course of action is already taking place. *See Notices of Removal in* 6:05cv228; 6:05cv229; 6:05cv230; 6:05cv232; 6:05cv235; 6:05cv238. And, although Minnesota Mining cites *Jung v. K & D Mining Co.*, 356 U.S. 335 (1958), that case did not deal with the re-filing of claims which lack subject matter jurisdiction. Accordingly, it is hereby

**ORDERED** that Minnesota Mining's motion to clarify is **DENIED**.

This 10th day of May, 2005.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge